# Exhibit 1

{MISC.BGOLDEN:00814075 }

**Court of Common Pleas of Philadelphia County**
**Trial Division**

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**SEPTEMBER 2022**      **001654**

E-Filing Number: 2209034666

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>ADAM HERNANDEZ | **DEFENDANT'S NAME**<br>TARGET STORES INC, ALIAS: TARGET CORPORATION INC |
| **PLAINTIFF'S ADDRESS**<br>1631 N. 3RD STREET<br>PHILADELPHIA PA 19122 | **DEFENDANT'S ADDRESS**<br>2701 CASTOR AVENUE<br>PHILADELPHIA PA 19131 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less<br>[X] More than $50,000.00 | [ ] Arbitration<br>[ ] Jury<br>[X] Non-Jury<br>[ ] Other: | [ ] Mass Tort<br>[ ] Savings Action<br>[ ] Petition | [ ] Commerce<br>[ ] Minor Court Appeal<br>[ ] Statutory Appeals | [ ] Settlement<br>[ ] Minors<br>[ ] W/D/Survival |

**CASE TYPE AND CODE**
2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
SEP 19 2022
S. RICE

**IS CASE SUBJECT TO COORDINATION ORDER?**  YES   NO

**TO THE PROTHONOTARY:**
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ADAM HERNANDEZ
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GARY P. HESLIN | HESLIN LAW FIRM<br>2834 COTTMAN AVENUE<br>PHILADELPHIA PA 19149 |
| **PHONE NUMBER**  (215) 332-0300 | **FAX NUMBER**  (215) 332-6224 | |
| **SUPREME COURT IDENTIFICATION NO.**<br>27216 | **E-MAIL ADDRESS**<br>gary@heslinlawfirm.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY**<br>GARY HESLIN | **DATE SUBMITTED**<br>Monday, September 19, 2022, 03:07 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**



Filed and Attested by the Office of Judicial Records

| | |
|---|---|
| ADAM HERNANDEZ<br>1631 N. 3RD Street<br>Philadelphia PA 19122<br><br>vs.<br><br>TARGET STORES INC<br>a/k/a TARGET CORPORATION INC.<br>2701 Castor Avenue<br>Philadelphia PA 19131 | CIVIL TRIAL DIVISION<br><br><br><br>No.<br><br>MAJOR NON JURY |

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

10-284

Case ID: 220901654

THE HESLIN LAW FIRM
BY: GARY P. HESLIN, ESQUIRE         Attorney for Plaintiff(s)
I.D. #27216
2834 Cottman Avenue
Philadelphia, PA 19149
(215)332-0300

ADAM HERNANDEZ                      COURT OF COMMON PLEAS
1631 N. 3RD Street
Philadelphia PA 19122               PHILADELPHIA COUNTY

                                    CIVIL TRIAL DIVISION
            vs.

TARGET STORES INC a/k/a TARGET      NO.
CORPORATION INC.
2701 Castor Avenue
Philadelphia PA 19131

## COMPLAINT

1. Plaintiff is ADAM HERNANDEZ an adult individual who resides at 1631 N. 3RD Street Philadelphia PA, 19122.

2. Defendant is, TARGET STORES INC ,a/k/a TARGET CORPORATION INC. a business, corporation, company and or an entity with offices for services of process located at 2701 Castor Avenue Philadelphia PA 19131 or in the alternative 1000 Nicollet Mall Minneapolis MN 55403 .

3. On August 8, 2021 at approximately 10:30 am Plaintiff was a business invitee and or

Case ID: 220901654

customer or otherwise legally upon the property located at 2701 Castor Avenue in the City and County of Philadelphia in a retail store known as Target located at that address and or at that location ( hereinafter " Property " ). At all times relevant to this Complaint the Property was under the care, supervision and or control of the defendant.

4. On that date and time as aforesaid, the Plaintiff was caused to slip and or trip and fall due to an empty display or a empty metal skid or a empty metal pallet that was in an area and or extended into an area or aisle meant for customer and or business invitee foot traffic.

5. On the above-mentioned date, the Defendant owned and or leased and or managed and or occupied the Property and the defendant had a duty to keep and maintain the aforesaid location and or Property in a reasonably safe condition.

6. On the above-mentioned date, the Defendant permitted the aforesaid location and or Property to be in and remain in a hazardous condition to this Plaintiff and the public.

7. At the time aforesaid, the Defendant, individually and by and through their servants, workmen, agents and/or employees, was careless and negligent in that it knew or should have known through reasonable inspection that the aforesaid location and or Property was and had remained for an unreasonable length of time in an unsafe condition, thereby, creating and or constituting a hazard and an unreasonable risk of danger to the plaintiff and the public.

8. The aforesaid accident occurred and was caused totally and solely through the carelessness and negligence of the Defendant, in their ownership, operation, management and or control of the aforesaid location and or Property and was not due in any manner whatsoever to any act or failure to act on the part of the Plaintiff.

Case ID: 220901654

9. By reason of the aforesaid carelessness and negligence of the Defendant, Plaintiff suffered injuries of the bones, muscles, tendons, ligaments, nerves and tissues of the head, body and limbs, which may be permanent in nature, some of which may have been aggravation of a pre-existing condition, all of which have in the past and may in the future cause Plaintiff great pain and suffering.

10. As a further result of this accident, plaintiffs has been, or will be obliged to receive and undergo medical attention and care and to expend various sums of money for said care for an indefinite period of time into the future.

11. As a further result of Defendant's negligence, Plaintiffs has and/or may suffer a loss of his earnings and/or earning capacity.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus interest and costs of suit.

Date: 9/19/22

Respectfully Submitted,

By: _____
GARY P. HESLIN, ESQUIRE
Attorney for Plaintiff

Case ID: 220901654

## VERIFICATION

I am taking Verification based upon information in the file which I believe to be true based upon statements of the client. However, the client is not available to sign this Verification and the Complaint is due; therefore, I take this Verification in the client's place and will substitute the Verification when he is located.

This statement is made subject to the penalties of 18 Pa. C.S.A. Section 4904, relating to unsworn falsification to authorities.

BY: _____
GARY P. HESLIN, ESQUIRE
Attorney for Plaintiff

Case ID: 220901654

9-23-2022     137010H0001     6020220923003003